JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

KARTIK KUMAR,

          Petitioner,

        v.

WARDEN DESERT VIEW ANNEX, et al.,

          Respondents.

)
)
)
)
)
)
)
)
)
)
)

Case No. ED CV 26-0593 FMO (PD)

**JUDGMENT**

Pursuant to the Order Granting the Petition for Writ of Habeas Corpus, IT IS ADJUDGED THAT respondents shall release petitioner forthwith.  The above-captioned action is dismissed without prejudice.

Dated this 27th day of February, 2026.

                          /s/
               Fernando M. Olguin
           United States District Judge